IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IRVIN SAMUEL HARPER,** | : |
| Plaintiff, | : **CIVIL ACTION**<br>: No. 18-cv-4182 |
| v. | : |
| **THE CITY OF PHILADELPHIA, PA, et al.** | : |
| Defendant | : |

## NOTICE OF APPEARANCE

**TO THE CLERK OF COURT:**

    Kindly enter my appearance on behalf of Defendants the City of Philadelphia, Daniel O'Malley, Richard Ross, and Mark Burgmann in the above-referenced matter.

                                           Respectfully Submitted,

Date: May 30, 2019                                   */s/ Meghan E. Claiborne*
                                                        Meghan E. Claiborne, Esquire
                                                        Deputy City Solicitor

## WITHDRAWAL OF APPEARANCE

**TO THE CLERK OF COURT:**

    Kindly withdraw my appearance on behalf of Defendants the City of Philadelphia, Daniel O'Malley, Richard Ross, and Mark Burgmann in the above-referenced matter.

                                           Respectfully Submitted,

Date: May 30, 2019                                   */s/ Andrew Pomager*
                                                        Andrew Pomager, Esquire
                                                        Assistant City Solicitor

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IRVIN SAMUEL HARPER,** | : <br> : <br> : CIVIL ACTION <br> : No. 18-cv-4182 |
| **Plaintiff,** | |
| v. | : <br> : |
| **THE CITY OF PHILADELPHIA, PA, et al.** | : <br> : |
| **Defendant** | : <br> : |

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, the foregoing Notice of Appearance and Withdrawal of Appearance has been filed on ECF and is available for viewing and downloading. In addition, a copy has been sent via regular mail to:

Irvin Samuel Harper
NP3252
SCI Phoenix
P.O. Box 244
Collegeville, PA 19426-0244
*Appearing pro se*


Date:  May 30, 2019               */s/ Meghan E. Claiborne*
                                                    Meghan E. Claiborne, Esquire
                                                    Deputy City Solicitor
                                                    Pa. Attorney ID No.
                                                    City of Philadelphia Law Department
                                                    1515 Arch Street, 14th Floor
                                                    Philadelphia, PA 19102