IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IRVIN SAMUEL HARPER,** : | |
| : | |
| Plaintiff, : | Civil Action No. 18-cv-04182 |
| : | |
| v. : | |
| : | |
| **THE CITY OF PHILADELPHIA, et al.,** : | |
| : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I, Jeffrey W. Rubin, hereby certify that on the date indicated I caused the Motion of Defendant Aimee Della Porta to Dismiss Plaintiff's Second Amended Complaint (Document 76 on the docket) to be served via first class mail, postage prepaid, upon the following, after the initial attempted service on May 7, 2021 was returned as undelivered and received by the sender on June 30, 2021:

> Smart Communications/PA DOC
> IRVIN SAMUEL HARPER/NP3252
> SCI-Phoenix
> PO Box 33028
> St Petersburg, Florida 33733

Dated: June 30, 2021                              /s/Jeffrey W. Rubin
                                                                Jeffrey W. Rubin